Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTHONY RENDINO, Respondent, for Compensation, v. CONTINENTAL CAN COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award affirmed. All concurred, except H. T. Kellogg, J., dissenting on the ground that claimant was not acting in the course of his employment when injured while doing work he was not employed to do.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY MAHONEY, Widow, Respondent, on Behalf of Herself and Minor Children for Compensation Arising out of the Death of JAMES MAHONEY, under the Workmen's Compensation Law, v. TROY GAS COMPANY, Employer, and UTILITIES MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.